### Ira Wells, Appellee, v. Andrew Graham, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of McLean county; the Hon. COLOSTIN D. MYERS, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed April 21, 1916.

### Statement of the Case.

Action by Ira Wells, plaintiff, against Andrew Graham, defendant, for breach of warranty for a horse sold by the defendant to the plaintiff. From a judgment for plaintiff, defendant appeals.

BRACKEN & YOUNG and W. B. LEACH, for appellant.

LIGHT & LIGHT, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.
Vol. CCI 20

## Abstract of the Decision.

1. SALES, § 401*—*when evidence sufficient to sustain verdict.*
Evidence in an action for breach of warranty of a horse, *held* not
to justify the reversal of a judgment for the plaintiff.

2. SALES, § 241*—*when doctrine of caveat emptor inapplicable.*
The doctrine of *caveat emptor* held not to apply where a vendor
of a horse, knowing that it was permanently diseased, warranted
it to be sound and explained to the purchaser thereof that its lame-
ness was due to a cause other than that to which it was really
due, and such purchaser, without having any other information in
regard to the matter, made the purchase on the strength of such
representation.

3. SALES, § 402*—*when instruction in action for breach of war-
ranty of horse correct.* In an action for a breach of warranty of a
horse, an instruction that if the jury "believe from a preponder-
ance of evidence that the horse in question was unsound and
it was known to the defendant when he sold the horse to the
plaintiff and that the defendant told plaintiff that the horse was
sound and the plaintiff purchased the horse without knowledge
of the unsoundness and relying," etc., *held* a sufficient charge that
the representation must have been made at the time of the sale in
order to justify a recovery.

---

*See **Illinois Notes Digest**, Vols. **XI to XV**, and **Cumulative Quarterly**, same
topic and section number.